IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON,<br><br>               Plaintiff,<br><br>vs.<br><br>D.E.A., Asset Forfeiture Section; and FORFEITURE COUNSEL, Asset Forfeiture Section;<br><br>               Defendants. | 4:14CV3149<br><br>**ORDER** |

Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the defendant within 120 days of filing the lawsuit. To date, plaintiff has not filed any return of service indicating service on the defendant, and the defendant has not entered a voluntary appearance

Accordingly,

IT IS ORDERED:

1) The plaintiff is given 30 days, or until January 2, 2015, to serve his summons and complaint on the defendant, in the absence of which this case may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The clerk shall set a case management deadline of January 5, 2015 to verify compliance with this order.

Dated this 4th day of December, 2014

                                                              BY THE COURT:

                                                              *s/ Cheryl R. Zwart*
                                                              United States Magistrate Judge