IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON,<br><br>          Plaintiff,<br><br>vs.<br><br>D.E.A., Asset Forfeiture Section; and FORFEITURE COUNSEL, Asset Forfeiture Section;<br><br>          Defendants. | **4:14CV3149**<br><br>**ORDER** |

Pursuant to the court's order of December 4, 2014, plaintiff was given 30 days, or until January 2, 2015, to serve his summons and complaint on the defendant. (Filing No. 4). To date, plaintiff has not filed any return of service indicating service on the defendant, and the defendant has not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until February 9, 2015 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 9th day of January, 2015

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge