IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON,<br><br>             Plaintiff,<br><br>vs.<br><br>D.E.A., Asset Forfeiture Section; and FORFEITURE COUNSEL, Asset Forfeiture Section;<br><br>             Defendants. | 4:14CV3149<br><br>**ORDER** |

IT IS ORDERED:

1)  The plaintiff has timely and sufficiently responded to the court's order to show cause. This case is not subject to dismissal at this time under Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2)  The plaintiff's motion to amend, (Filing No. 7), is granted. Liberally construing the plaintiff's filings, the plaintiff's operative complaint alleges the claims described in his original complaint, (Filing No. 1), against the defendants named in his motion to amend, (Filing No. 7).

3)  The clerk shall modify the docket sheet accordingly and shall issue and provide to the plaintiff summons for service on each of the defendants listed in Filing No. 7.

Dated this 9th day of February, 2015

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge