## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

MICHAEL TROY NELSON,

                 Plaintiff,

    vs.

D.E.A., et. al;

                 Defendants.

**4:14CV3149**


**ORDER**


The pro se plaintiff has filed a motion to amend his complaint. (Filing No. 15). In his supporting brief, the plaintiff alleges his vehicle was illegally stopped and searched, and his currency and a cell phone were illegally seized.

The defendants have filed motions to dismiss the plaintiff's current complaint. (Filing Nos. 13 & 17). However, having liberally construed the plaintiff's pro se brief, the court finds the plaintiff should be afforded an opportunity to amend his complaint to, in one document, name all the defendants and fully identify (with specificity) all the claims he is asserting against each of these defendants.

Accordingly,

IT IS ORDERED:

1)     The plaintiff's motion to amend, (Filing No. 15), is granted. The plaintiff's amended complaint shall be filed on or before May 26, 2015. Plaintiff's failure to timely comply with this order may result in dismissal of the plaintiff's claims without further notice.

2)     The clerk shall: 1) mail a copy of this order to the plaintiff, Michael Troy Nelson, 3775 Mountain Laurel Place, Boulder, CO 80304; and 2) forward a copy of this order to Judge Kopf's chambers.

May 4, 2015.

                         BY THE COURT:

                         *s/ Cheryl R. Zwart*
                         United States Magistrate Judge