IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>BOB LAUSTEN, Chief of LaVista Police Department, in his individual and official capacity; JOHN DANDERAND, Officer of LaVista Police Department, in his individual and official capacity; BRYAN D. WAUGH, Officer of La Vista Police Dept., In his individual and official capacity; JAMES ESTWICK, Trooper with Nebraska State Patrol, in his individual and official capacity; P. JACOBSON, AND Badge #199, rest unknown, in his individual and official capacity; and JOHN DOES, names presently unknown;<br><br>        Defendants. | 4:14CV3149<br><br>**ORDER** |

      Plaintiff filed his original complaint in this case on July 24, 2014, (Filing No. 1), and amended the complaint on February 6, 2015, (Filing No. 7). On May 26, 2015, Plaintiff filed another amended complaint, (Filing No. 22), adding James Estwick, P. Jacobsen and John Does as defendants. Pursuant to Federal Rule of Civil Procedure 4(m), the plaintiff must serve its complaint on the new defendants within 120 days of filing the amended complaint. To date, plaintiff has not filed any return of service indicating service on defendants Estwick or Jacobsen, and the defendants have not entered a voluntary appearance

      Accordingly,

      IT IS ORDERED:

1)     The plaintiff is given 30 days, or until December 23, 2015, to serve his summons and amended complaint on the new named defendants, in the

absence of which the case against them may be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.

2) The clerk shall set a case management deadline of December 28, 2015 to verify compliance with this order.

Dated this 23rd day of November, 2015

                                 BY THE COURT:

                                 *s/ Cheryl R. Zwart*
                                 United States Magistrate Judge