IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON, | **4:14CV3149** |
| Plaintiff, | |
| vs. | **ORDER** |
| BOB LAUSTEN, Chief of LaVista Police Department, in his individual and official capacity; | |
| Defendants. | |

After conferring with the parties,

IT IS ORDERED that on or before February 8, 2016, Plaintiff shall serve defendants Estwick, Jacobsen, and any John Doe defendants, in the absence of which Plaintiff's claims against these defendants will be dismissed for want of prosecution without further notice.

January 7, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge