IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MICHAEL TROY NELSON,

                Plaintiff,

    vs.

BOB LAUSTEN, Chief of LaVista Police
Department, in his individual and official
capacity; et. al;

                Defendant.

**4:14CV3149**

**ORDER**

After conferring with the parties,

IT IS ORDERED that on or before August 30, 2016, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel.  The failure to do so may result in dismissal of Plaintiff's claims without further notice.

August 10, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge