IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL TROY NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3149 |
| | ) | |
| v. | ) | |
| | ) | |
| BOB LAUSTEN, Chief of LaVista Police Department, in his individual and official capacity, JOHN DANDERAND, Officer of LaVista Police Department, in his individual and official capacity, BRYAN D. WAUGH, Officer of La Vista Police Dept., In his individual and official capacity, JAMES ESTWICK, Trooper with Nebraska State Patrol, in his individual and official capacity, P. JACOBSON, Badge #199, rest unknown, in his individual and official capacity, and JOHN DOES, names presently unknown, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that my judicial assistant shall coordinate a conference call with the parties.  Plaintiff Nelson shall call the undersigned's Judicial Assistant Kris Leininger at (402) 437-1640 no later than Tuesday, January 10, 2017, and provide her with his availability for a conference call on January 11-13, 2017, as well as the best telephone number to reach him.  The Clerk of Court shall mail a copy of this order to the plaintiff.

DATED this 4th day of January, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge