IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BOB LAUSTEN, Chief of LaVista Police Department, in his individual and official capacity; JOHN DANDERAND, Officer of LaVista Police Department, in his individual and official capacity; BRYAN D. WAUGH, Officer of La Vista Police Dept., In his individual and official capacity; JAMES ESTWICK, Trooper with Nebraska State Patrol, in his individual and official capacity; P. JACOBSON, AND Badge #199, rest unknown, in his individual and official capacity; and JOHN DOES, names presently unknown;<br><br>    Defendants. | 4:14CV3149<br><br>**ORDER** |

    The court has been advised that further discovery, including the deposition of Plaintiff, is required in this case before trial. Accordingly,

    IT IS ORDERED:

1)    Plaintiff and Defense counsel shall be present for a planning conference in the chambers of the undersigned magistrate judge, Room 566, United States Courthouse, 100 Centennial Mall North, Lincoln, NE 68508 at 2:00 p.m. on February 7, 2017.

2)    The deposition of Plaintiff Michael Nelson will occur under court supervision in chambers beginning at 10:00 a.m. on February 7, 2017. Counsel shall provide the court reporter for this deposition.

2

3) The trial and pretrial conference are continued pending further court order.

Dated this 5th day of January, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge