IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON,<br><br>        Plaintiff,<br><br>vs.<br><br>BOB LAUSTEN, Chief of LaVista Police Department, in his individual and official capacity; JOHN DANDERAND, Officer of LaVista Police Department, in his individual and official capacity; BRYAN D. WAUGH, Officer of La Vista Police Dept., In his individual and official capacity; JAMES ESTWICK, Trooper with Nebraska State Patrol, in his individual and official capacity; P. JACOBSON, AND Badge #199, rest unknown, in his individual and official capacity; and JOHN DOES, names presently unknown;<br><br>        Defendants. | 4:14CV3149<br><br>ORDER |

        The court has been advised Plaintiff Michael Nelson cannot attend the conference and deposition currently scheduled for February 7, 2017. Accordingly,

        IT IS ORDERED that

    1)    By January 16, 2017 Plaintiff must submit to the court in writing:

        a)    A confirmation that he is unable to attend the February 7, 2017 conference.

        b)    Five dates within the period of February 1 and March 15 on which he can be present to have his deposition taken and to attend a planning conference at the US Courthouse in Lincoln.

        Dated this 6th day of January, 2017.

                                                                                       BY THE COURT:

                                                                                     *s/ Cheryl R. Zwart*
                                                                                     United States Magistrate Judge