IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>BOB LAUSTEN, Chief of LaVista Police Department, in his individual and official capacity; JOHN DANDERAND, Officer of LaVista Police Department, in his individual and official capacity; BRYAN D. WAUGH, Officer of La Vista Police Dept., In his individual and official capacity; JAMES ESTWICK, Trooper with Nebraska State Patrol, in his individual and official capacity; P. JACOBSON, AND Badge #199, rest unknown, in his individual and official capacity; and JOHN DOES, names presently unknown;<br><br>    Defendants. | 4:14CV3149<br><br>ORDER |

  On January 6, 2017, the Court entered an order which required the plaintiff to submit a writing to court by January 16, 2017. (Filing No. 57). Plaintiff Nelson has not complied, and has not explained the failure to comply with the court's order.

  Accordingly,

  IT IS ORDERED that Plaintiff Nelson is given until February 21, 2017 to show cause why the court should not dismiss Plaintiff Nelson's claims for want of prosecution. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

  Dated this 20th day of January, 2017.

                    BY THE COURT:

                    *s/ Cheryl R. Zwart*
                    United States Magistrate Judge