IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL TROY NELSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>BOB LAUSTEN, Chief of LaVista Police Department, in his individual and official capacity; et. al;<br><br>           Defendants. | 4:14CV3149<br><br>ORDER |

      This matter is before the court on its own motion.

      On January 5, 2017, the court ordered Plaintiff to attend a planning conference and make himself available to be deposed in Lincoln, Nebraska on February 7, 2017. (Filing No. 56). Plaintiff immediately contacted the court and stated he was unable to be in Lincoln, Nebraska on the scheduled date.

      On January 6, 2017, the court ordered Plaintiff to file written verification that he was unable to attend the conference scheduled to be held before the court on February 7, 2017, and provide five dates within the period of February 1 and March 15, 2017 when he could be deposed and attend a planning conference at the U.S. Courthouse in Lincoln, Nebraska. The deadline for providing this information was January 16, 2017. (Filing No. 57). Plaintiff failed to comply.

      On January 20, 2017, the court entered an order requiring Plaintiff to show cause why this case should not be dismissed for want of prosecution. (Filing No.

58). The order to show cause set a deadline of February 21, 2017 and it warned Plaintiff that the failure to timely comply may result in dismissal of Plaintiff's claims without further notice. Plaintiff did not respond to the show cause order, and he has not explained his failure to do so.

IT IS THEREFORE ORDERED that this matter is dismissed with prejudice for want of prosecution and for failing to timely comply with the court's orders. The court will enter judgment by a separate document.

Dated this 27th day of February, 2017.

BY THE COURT:

*s/ Richard G. Kopf*
Senior United States District Judge